IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHENNA CORRAL, *et al.*, | |
| Plaintiffs, | 3:16-cv-00386-HDM-WGC<br>3:16-cv-00387-HDM-WGC<br>3:16-cv-00388-HDM-WGC |
| vs. | |
| HG STAFFING, LLC, MEI-GSR HOLDINGS LLC c/b/a GRAND SIERRA RESORT, | ORDER |
| Defendants. | |

SARA READER, *et al.*,

vs.

HG STAFFING, LLC, MEI-GSR HOLDINGS LLC c/b/a GRAND SIERRA RESORT,

        Defendants.
_____

CATHY BENSON, *et al.*,

vs.

HG STAFFING, LLC, MEI-GSR HOLDINGS LLC c/b/a GRAND SIERRA RESORT,

        Defendants.
_____/

    On August 23, 2013 the undersigned judge recused in the case of *Sargent, et al., vs. HG Staffing, LLC, et al.*, Case No. 3:13-cv-00453-LRH-WGC. Because the current actions are related to Case No.

1  3:13-cv-00453-LRH-WGC and should have been so designated at the
2  time of filing (LR 42-1(a)), the undersigned refers each of these
3  cases to the Chief Judge for reassignment.
4      It is so Ordered.
5      Dated this 6th day of July, 2016.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```