1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| 11 CATHY BENSON, et. al, on behalf of themselves and all others similarly situated, | Case No.: 3:16−cv−00388−LRH−WGC |
| 12 | |
| 13 Plaintiffs, | **ORDER REGARDING:** |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| 14 | **TO FILE RESPONSE TO PLAINTIFFS'** |
| HG STAFFING, LLC, MEI-GSR | **MOTION FOR CIRCULATION OF NOTICE** |
| 15 HOLDINGS, LLC d/b/a GRAND SIERRA | **PURSUANT TO 29 U.S.C §216(b)** |
| RESORT, and DOES 1 through 50, | |
| 16 inclusive, | **(First Request)** |
| 17 Defendants. | |
| 18 | |

19      Plaintiffs and Defendants, by and through their respective counsel of record, do hereby

20 agree and stipulate to extend the time to respond to Plaintiffs' Motion for Circulation of Notice

21 Pursuant to 29 U.S.C §216(b), from Monday, November 27, 2017, up to and including Friday,

22 December 1, 2017.  This extension is requested in good faith as Defendants must respond to four

23 (4) such motions, filed simultaneously, in four (4) related cases and counsel for Defendants had

24 scheduled time off due to the intervening Thanksgiving Holiday and to undergo a medical

25 procedure on November 27th.

26      Accordingly, based on the foregoing and for good cause appearing, the Parties, by and

27 through their respective counsel of record, do hereby stipulate and agree that the time for

28 Defendants response to time to respond to Plaintiffs' Motion for Circulation of Notice Pursuant

to 29 U.S.C §216(b), from Monday, November 27, 2017, is extended and is now due on Friday, December 1, 2017.

Dated this 21st day of November 2017.     Dated this 21st day of November 2017.

   COHEN|JOHNSON|PARKER|EDWARDS        THIERMAN LAW GROUP

By: _/s/ Chris Davis_ _     By: _/s/ Leah L. Jones_ _
   H. Stan Johnson, Esq.        Mark R. Theirman, Esq
   Nevada Bar No. 00265        Nevada Bar No. 8285
   Chris Davis, Esq.        Joshua D. Buck, Esq.
   Nevada Bar No. 6616        Nevada Bar No. 12187
   255 E Warm Springs Rd., Suite 100        Leah L. Jones, Esq.
   Las Vegas, Nevada 89119        Nevada Bar No. 13161
   Attorneys for Defendants        7287 Lakeside Drive
      Reno, Nevada 89511
      Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED**, nunc pro tunc.

DATED this 28th day of November, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE