UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CATHY BENSON, et. al, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,

Defendants.

Case No.: 3:16−cv−00388−LRH−WGC

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO STAY, AND/OR TO DISMISS WITHOUT PREJUDICE WITH TOLLING**

**(First Request)**

Plaintiffs and Defendants, by and through their respective counsel of record, have agreed to extend the time to respond to Plaintiffs' Motion to Stay, and/or to Dismiss without Prejudice with Tolling, from Thursday, January 18, 2018, up to and including Wednesday, January 31, 2018. This extension is requested in good faith as Defendants must respond to five (5) such motions, filed simultaneously, in five (5) related cases and counsel for Defendants had a prior vacation scheduled during the time period to respond.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for

Defendants' response to Plaintiffs' Motion to Stay, and/or to Dismiss without Prejudice with Tolling, is extended and is now due on Wednesday, January 31, 2018.

Dated this 12th day of January 2018.                Dated this 12th day of January 2018.

   COHEN|JOHNSON|PARKER|EDWARDS                THIERMAN LAW GROUP

By: */s/ Chris Davis*                                By: */s/ Leah L. Jones*
   H. Stan Johnson, Esq.                           Mark R. Theirman, Esq
   Nevada Bar No. 00265                            Nevada Bar No. 8285
   Chris Davis, Esq.                               Joshua D. Buck, Esq.
   Nevada Bar No. 6616                             Nevada Bar No. 12187
   255 E Warm Springs Rd., Suite 100               Leah L. Jones, Esq.
   Las Vegas, Nevada 89119                         Nevada Bar No. 13161
   Attorneys for Defendants                        7287 Lakeside Drive
                                                         Reno, Nevada 89511
                                                          Attorneys for Plaintiffs

## **ORDER**

**IT IS SO ORDERED.**

DATED this 17th day of January, 2018.   _____
                                                                   LARRY R. HICKS
                                                                   UNITED STATES DISTRICT JUDGE